UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA LEE WALLACH LORRETZ,<br><br>Plaintiff,<br><br>v.<br><br>U.S.A. LAW ENFORCEMENT, et al.,<br><br>Defendants. | No. 2:18-cv-63-MCE-EFB PS<br><br><br><br>ORDER |

After this action was closed and judgment duly entered, *see* ECF Nos. 27, 28, plaintiff filed multiple miscellaneous motions, ECF Nos. 31-34, which are largely unintelligible. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: February 22, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE